**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**FISHER SAND & GRAVEL, CO.**
**dba Southwest Asphalt Paving, and**
**FISHER SAND & GRAVEL -**
**NEW MEXICO, INC.**

    **Plaintiffs,**

v.    No. 10-cv-0635 RB/SMV

**FNF CONSTRUCTION, INC.,**
**PULICE CONSTRUCTION, INC.,**
**GARY GIRÓN, MAX VALERIO,**
**JED BILLINGS, and STEPHEN BASILA,**

    **Defendants.**

**ORDER DENYING PLAINTIFF'S MOTION FOR
LIMITED JURISDICTIONAL DISCOVERY WITHOUT PREJUDICE**

THIS MATTER is before the Court on Plaintiffs' Motion for Order Authorizing Limited Jurisdictional Discovery [Doc. 108], filed on August 23, 2012. Local Rule 7.1(a) requires that every "[m]ovant must determine whether a motion is opposed, and a motion that omits recitation of a good-faith request for concurrence may be summarily denied." The motion at bar does not indicate whether it is opposed. Therefore, the Court, being otherwise fully advised in the premises, FINDS that the Motion is not well-taken and should be denied.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Motion for Order Authorizing Limited Jurisdictional Discovery [Doc. 108] is **DENIED without prejudice**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**