IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FISHER SAND &GRAVEL, CO., d/b/a Southwest
Asphalt Paving, and
FISHER SAND & GRAVEL – NEW MEXICO, INC.,

    Plaintiffs,

v.                                        No. 10-cv-0635 RB/SMV

FNF CONSTRUCTION, INC.,
PULICE CONSTRUCTION, INC., GARY GIRÓN,
MAX VALERIO, JED BILLINGS, and
STEPHEN BASILA,

    Defendants.

## ORDER SETTING HEARING ON MOTION FOR LIMITED JURISDICTIONAL DISCOVERY AND MOTION FOR RULE 16 CONFERENCE

**IT IS ORDERED, ADJUDGED, AND DECREED** that a hearing is hereby set on Plaintiffs' Opposed Motion for Order Authorizing Limited Jurisdictional Discovery [Doc. 113] and Defendant FNF Construction, Inc.'s Motion for Rule 16 Scheduling Conference and Coordination of Discovery [Doc. 114], on **Wednesday, November 14, 2012,** at **10:00 am**, in the Rio Grande Courtroom, third floor, Pete V. Domenici United States Courthouse, 333 Lomas Blvd. N.W., Albuquerque, New Mexico..

    **IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**