IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FISHER SAND & GRAVEL, CO., d/b/a Southwest Asphalt Paving, and
FISHER SAND & GRAVEL – NEW MEXICO, INC.,**

    Plaintiffs

v.                        No. 10-cv-0635 RB/SMV

**FNF CONSTRUCTION, INC.,
PULICE CONSTRUCTION, INC., GARY GIRÓN,
MAX VALERIO, JED BILLINGS, and
STEPHEN BASILA,**

    Defendants.

## ORDER AMENDING ORDER SETTING HEARING ON MOTIONS

THIS MATTER is before the Court sua sponte.  On October 12, 2012, the Court issued its Order Setting Hearing on Motion for Limited Jurisdictional Discovery and Motion for Rule 16 Conference [Doc. 126] ("Order").

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Order [Doc. 126] is **AMENDED** to change the location of the hearing.  The hearing will take place in the **Pecos Courtroom, third floor**, Pete V. Domenici United States Courthouse, 383 Lomas Blvd., N.M., Albuquerque, New Mexico.  The date and start time of the hearing (Wednesday, November 14, 2012, at 10:00 a.m.) remain unchanged.

    **IT IS SO ORDERED**.

                                                                                       _____
                                                                                      **STEPHAN M. VIDMAR
                                                                                      United States Magistrate Judge**