IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FISHER SAND & GRAVEL, CO., d/b/a Southwest
Asphalt Paving, and
FISHER SAND & GRAVEL - NEW MEXICO, INC.,

    Plaintiffs,

v.	No. 10-cv-0635 RB/SMV

FNF CONSTRUCTION, INC.,
PULICE CONSTRUCTION, INC., GARY GIRÓN,
MAX VALERIO, JED BILLINGS, and
STEPHEN BASILA,

    Defendants.

## ORDER DENYING MOTION FOR LIMITED JURISDICTIONAL DISCOVERY

THIS MATTER is before the Court on Plaintiff's Opposed Motion for Order Authorizing Limited Jurisdictional Discovery [Doc.113] ("Motion"), filed on September 4, 2012, and the Court's November 14, 2012 hearing on that Motion. The Court has scheduled a Rule 16 scheduling conference for January 23, 2013, when it will set a discovery schedule. *See* Initial Scheduling Order [Doc. 146]. The Court, being otherwise fully advised in the premises, FINDS that the Motion is moot and should be denied.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Opposed Motion for Order Authorizing Limited Jurisdictional Discovery [Doc.113] is **DENIED as moot**.

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**