IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FISHER SAND & GRAVEL, CO., and**
**FISHER SAND & GRAVEL - NEW MEXICO, INC.,**

    Plaintiffs,

v.                                                            No. 10-cv-0635 RB/SMV

**FNF CONSTRUCTION, INC.,**
**PULICE CONSTRUCTION, INC., GARY GIRÓN,**
**MAX VALERIO, JED BILLINGS, and**
**STEPHEN BASILA,**

    Defendants.

## ORDER AMENDING INITIAL SCHEDULING ORDER

THIS MATTER is before the Court on telephonic request of the parties to extend the submission deadline for the Joint Status Report and Provisional Discovery Plan ("JSR"). The Court, being full advised in the premises, FINDS that the deadline to submit the Joint Status Report should be extended.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Court's Initial Scheduling Order [Doc. 146] is **AMENDED** to reflect the following change only: Plaintiff is responsible for filing the JSR by **noon on Thursday, January 17, 2013**. All other deadlines in the Court's Initial Scheduling Order [Doc. 146] remain unchanged.

    **IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**