IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FISHER SAND & GRAVEL, CO., and
FISHER SAND & GRAVEL - NEW MEXICO, INC.,

    Plaintiffs,

v.                                                  No. 10-cv-0635 RB/SMV

FNF CONSTRUCTION, INC.;
PULICE CONSTRUCTION, INC.; GARY GIRÓN,
MAX VALERIO; JED BILLINGS; and
STEPHEN BASILA;

    Defendants.

### ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

THIS MATTER is before the Court on a Joint Motion to Modify the Rule 16 Scheduling Order as it Concerns the Limitation on Requests for Production [Doc. 171], filed on February 8, 2013. The parties ask the Court to replace certain language related to requests for production. The parties wish to delete the following: "Each party may propound no more than 100 requests for production, irrespective of the recipient." They ask to replace it with: "Each party may propound no more than 100 requests for production to any other party." All parties agree to the change.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Modify the Rule 16 Scheduling Order as it Concerns the Limitation on Requests for Production [Doc. 171] is **GRANTED**. An amended Scheduling Order reflecting the parties' preferred language will be issued.

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**