IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FISHER SAND & GRAVEL, CO., and**
**FISHER SAND & GRAVEL - NEW MEXICO, INC.,**

    Plaintiffs,

v.   No. 10-cv-0635 RB/SMV

**FNF CONSTRUCTION, INC.;**
**PULICE CONSTRUCTION, INC.; GARY GIRÓN,**
**MAX VALERIO; JED BILLINGS; and**
**STEPHEN BASILA;**

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:   Friday, March 22, 2013, at 9:30 a.m.

**Matter to be heard**:   Status of the Notice(s) to Withdraw the Motions to Dismiss for Lack of Personal Jurisdiction [Docs. 97 and 98]

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a status conference is hereby set for **Friday, March 22, 2013,** at **9:30 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357**[1] to connect to the proceedings. Counsel shall be prepared to discuss the status of the proposed Notice(s) to Withdraw Defendant Basila's Motion to Dismiss [Doc. 97] and Defendant Pulice Construction, Inc.'s Motion to Dismiss [Doc. 98].

    **IT IS SO ORDERED.**

                                  **STEPHAN M. VIDMAR**
                                  **United States Magistrate Judge**

---

[1] Counsel are hereby notified that Judge Vidmar's Meet Me line will accommodate no more than six different telephone lines, *including two for the Court*.  **The Court requests that counsel coordinate among themselves *prior to the status conference*** to ensure that they utilize no more than *four* lines to connect to the proceedings.