IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FISHER SAND & GRAVEL, CO., and
FISHER SAND & GRAVEL - NEW MEXICO, INC.,

    Plaintiffs,

v.                                          No. 10-cv-0635 RB/SMV

FNF CONSTRUCTION, INC.;
PULICE CONSTRUCTION, INC.; GARY GIRÓN,
MAX VALERIO; JED BILLINGS; and
STEPHEN BASILA;

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    May 28, 2013, at 9:00 a.m.

**Matter to be heard**:  Status of the case

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a status conference is hereby set for Tuesday, May 28, 2013, at 9:00 a.m.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357**[1] to connect to the proceedings.

    **IT IS SO ORDERED.**

                                          **STEPHAN M. VIDMAR**
                                          **United States Magistrate Judge**

---

[1] Counsel are hereby notified that Judge Vidmar's Meet Me line will accommodate no more than six different telephone lines, *including one for the Court*.  **The Court requests that counsel coordinate among themselves *prior to the status conference*** to ensure that they utilize no more than *four* lines to connect to the proceedings.