IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FISHER SAND & GRAVEL, CO., et al.,**

    Plaintiffs,

v.                                                                  No. 10-cv-0635 RB/SMV

**FNF CONSTRUCTION, INC., et al.,**

    Defendants.

### ORDER GRANTING UNOPPOSED MOTION TO EXCEED EXHIBIT PAGE LIMITS FOR DEFENDANT FNF CONSTRUCTION, INC.'S MOTION TO COMPEL

THIS MATTER is before the Court on Defendant FNF Construction, Inc.'s Unopposed Motion to Exceed Exhibit Page Limits for Defendant FNF's Motion to Compel No. 1 . . . [Doc. 202]. FNF Construction, Inc., seeks to file a motion to compel with 90 total pages of exhibits, in excess of the 50-page limit imposed by D.N.M.LR-Civ. 10.5. The Court, being advised that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Unopposed Motion to Exceed Exhibit Page Limits for Defendant FNF's Motion to Compel No. 1 . . . [Doc. 202] is **GRANTED**. Defendant FNF Construction, Inc. is permitted to file its Motion to Compel No. 1 containing up to 90 pages of exhibits.

    **IT IS SO ORDERED**.

                                         **STEPHAN M. VIDMAR**
                                         **United States Magistrate Judge**