IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FISHER SAND & GRAVEL, CO., et al.,**

    Plaintiffs,

v.                                                  No. 10-cv-0635 RB/SMV

**FNF CONSTRUCTION, INC., et al.,**

    Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND EXPERT DISCLOSURE DEADLINES

THIS MATTER is before the Court on the parties' Joint Motion to Amend January 24, 2013 Scheduling Order [Doc. 217]. Parties request to extend the expert disclosure deadlines by two weeks for Plaintiffs and Defendants. The Court, having reviewed the Motion, being advised that it is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERDD, ADJUDGED, AND DECREED** that the Joint Motion to Amend January 24, 2013 Scheduling Order **[**Doc. 217] is **GRANTED**. The Court's First Amended Scheduling Order [Doc. 173] is amended to reflect the following change only: the expert disclosure deadlines are hereby extended from May 31, 2013, to **June 14, 2013, for Plaintiffs**, and from June 30, 2013, to **July 15, 2013, for Defendants**.

    IT IS SO ORDERED.

_____
    **STEPHAN M. VIDMAR**
    **United States Magistrate Judge**