IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FISHER SAND & GRAVEL, CO., and**
**FISHER SAND & GRAVEL - NEW MEXICO, INC.,**

    Plaintiffs,

v.                                                      No. 10-cv-0635 RB/SMV

**FNF CONSTRUCTION, INC.;**
**PULICE CONSTRUCTION, INC.; GARY GIRÓN,**
**MAX VALERIO; JED BILLINGS; and**
**STEPHEN BASILA;**

    Defendants.

## ORDER SETTING HEARING ON MOTIONS

THIS MATTER is before the Court on Plaintiff FNF Construction, Inc.'s Motions to Compel Nos. 1–3 [Docs. 206, 207, and 208].  On June 21, 2013, Plaintiff filed notices of completion of briefing on these three Motions to Compel.  [Docs. 239, 241, and 243].

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that a hearing on Plaintiff's Motions to Compel Nos. 1–3 [Docs. 206, 207, and 208] is set for **July 22, 2013, at 1:30 p.m.** in the Vermejo Courtroom, on the 4th floor of the Pete V. Domenici United States Courthouse, 333 Lomas Boulevard NW, Albuquerque, New Mexico.

**IT IS SO ORDERED**.

                                                                           **STEPHAN M. VIDMAR**
                                                                           **United States Magistrate Judge**