IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FISHER SAND & GRAVEL, CO., and
FISHER SAND & GRAVEL - NEW MEXICO, INC.,

    Plaintiffs,

v.                    No. 10-cv-0635 RB/SMV

FNF CONSTRUCTION, INC.;
PULICE CONSTRUCTION, INC.; GARY GIRÓN,
MAX VALERIO; JED BILLINGS; and
STEPHEN BASILA;

    Defendants.

**ORDER GRANTING [SECOND] UNOPPOSED MOTION
TO EXTEND DEADLINES FOR DEFENDANTS' EXPERT DISCLSOURES**

    THIS MATTER is before the Court on FNF Construction, Inc.'s Unopposed Motion to Extend the Deadline for Defendants' Expert Disclosures [Doc. 255], filed on July 18, 2013. Defendant FNF explains that additional time is needed for "Defendants" to depose Plaintiffs' expert and to conduct the written discovery needed for "Defendants" to prepare expert reports. [Doc. 255] at 1. This is the second request for such extension. *See* [Doc. 218]. The motion is unopposed, and the extension will not interfere other discovery deadlines.

    **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that FNF Construction, Inc.'s Unopposed Motion to Extend the Deadline for Defendants' Expert Disclosures [Doc. 255] is **GRANTED**.

    **IT IS FURTHER ORDERED** that the Second Amended Scheduling Order [Doc. 233] is **AMENDED** *only* to extend the deadline for Defendants to provide expert reports to September 16, 2013. In all other respects, it remains in effect.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**