IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FISHER SAND & GRAVEL, CO., and
FISHER SAND & GRAVEL - NEW MEXICO, INC.,

    Plaintiffs,

v.                                                  No. 10-cv-0635 RB/SMV

FNF CONSTRUCTION, INC.;
PULICE CONSTRUCTION, INC.; GARY GIRÓN,
MAX VALERIO; JED BILLINGS; and
STEPHEN BASILA;

    Defendants.

**ORDER DENYING FNF CONSTRUCTION, INC.'S MOTION TO COMPEL NO. 2**

    THIS MATTER is before the Court on FNF Construction, Inc.'s Motion to Compel No. 2 . . . [Doc. 207], filed May 3, 2013.  Plaintiff Fisher Sand & Gravel, Co. filed its Response [Doc. 224] on May 28, 2013.  FNF Construction, Inc., filed its Reply [Doc. 240] on June 21, 2013.  The Court, being fully advised in the premises, finds that the Motion is moot in light of recent Court orders and should therefore be denied.  *See generally* [Docs. 249, 250, 251, and 252].

    **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that FNF Construction, Inc.'s Motion to Compel No. 2 . . . [Doc. 207] is **DENIED as moot**.

    **IT IS SO ORDERED**.

                                                                        **STEPHAN M. VIDMAR**
                                                                       **United States Magistrate Judge**