IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FISHER SAND & GRAVEL, CO., and
FISHER SAND & GRAVEL - NEW MEXICO, INC.,

    Plaintiffs,

v.                                No. 10-cv-0635 RB/SMV

FNF CONSTRUCTION, INC.;
PULICE CONSTRUCTION, INC.; GARY GIRÓN,
MAX VALERIO; JED BILLINGS; and
STEPHEN BASILA;

    Defendants.

## ORDER SETTING HEARING ON MOTIONS

**Date and time:**      October 18, 2013, at 9:00 a.m.

**Matter to be heard**: Pending motions to compel [Docs. 269, 270, 280, 285, and 286][1]

**IT IS ORDERED, ADJUDGED, AND DECREED** that a hearing on the five pending discovery motions [Docs. 269, 270, 280, 285, and 286] is hereby set for **October 18, 2013, at 9:00 a.m.** in the Cimarron Courtroom, on the 5th floor of the Pete V. Domenici United States Courthouse, 333 Lomas Boulevard NW, Albuquerque, New Mexico.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] If further discovery motions become ripe by the time the aforementioned motions are heard, they shall be included in this hearing.