IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FISHER SAND & GRAVEL, CO., et al.,**

    Plaintiffs,

v.                                                    No. 10-cv-0635-RB/SMV

**FNF CONSTRUCTION, INC., et al.,**

    Defendants.

## ORDER GRANTING JOINT MOTION TO AMEND DISCOVERY DEADLINES AND FOURTH AMENDED SCHEDULING ORDER

THIS MATTER is before the Court the parties' Joint Motion to Amend Third Amended Scheduling Order [Doc. 321], filed October 3, 2013.  The Court, being fully advised in the premises, FINDS that the Motion is well-taken in part and should be granted in part

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Amend Third Amended Scheduling Order [Doc. 321] is **GRANTED IN PART and DENIED IN PART**.  The Court's Third Amended Scheduling Order [Doc. 289] is **AMENDED** as follows:

- Defendants' expert deadline is EXTENDED from October 22, 2013 to **November 5, 2013**.
- The deadline for discovery is EXTENDED from December 20, 2013 to **January 17, 2014**.
- The deadline for discovery motions is not extended and remains January 10, 2014.
- The deadline for pretrial motions is not extended and remains January 20, 2014.

All deadlines not expressly amended herein remain unchanged.

**IT IS SO ORDERED.**

                                                                                       **STEPHAN M. VIDMAR**
                                                                                       **United States Magistrate Judge**