IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FISHER SAND & GRAVEL, CO., et al.,

    Plaintiffs,

v.                                                            No. 10-cv-0635-RB/SMV

FNF CONSTRUCTION, INC., et al.,

    Defendants.

### ORDER GRANTING JOINT MOTION TO AMEND EXPERT DEADLINE AND FIFTH AMENDED SCHEDULING ORDER

THIS MATTER is before the Court the parties' Joint Motion to Amend Fourth Amended Scheduling Order [Doc. 347], filed November 5, 2013. The Court, being fully advised in the premises, FINDS that the Motion is well-taken and should be granted

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Amend Fourth Amended Scheduling Order [Doc. 347] is **GRANTED**. The Court's Fourth Amended Scheduling Order [Doc. 327] is **AMENDED** as follows:

- Defendants' expert deadline is EXTENDED from November 5, 2013, to **November 8, 2013**.

All deadlines not expressly amended herein remain unchanged. The trial shall commence as scheduled on June 16, 2014.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**