IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FISHER SAND & GRAVEL, CO., et al.,

    Plaintiffs,

v.                                                                                                                                      No. 10-cv-0635 RB/SMV

FNF CONSTRUCTION, INC., et al.,

    Defendants.

### ORDER SETTING TELEPHONIC MOTION HEARING

**Date and time**:      January 6, 2014, at 10:00 a.m.

**Matter to be heard**: Defendant Jed Billings' Motion to Compel Responses to His First Interrogatories and Second Requests for Production [Doc. 342], Plaintiffs' Motion to Compel Production of Communications between FNF and Snell & Wilmer . . . [Doc. 370].

**IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic hearing on the pending discovery motions [Docs. 342, 370] is hereby set for **January 6, 2014, at 10:00 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.