IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FISHER SAND & GRAVEL, CO., et al.,

    Plaintiffs,

v.	No. 10-cv-0635-RB/SMV

FNF CONSTRUCTION, INC., et al.,

    Defendants.

## ORDER SETTING IN-PERSON MOTIONS HEARING

**Date and time**:	February 20, 2014, at 1:30 p.m.

**Matters to be heard**: Plaintiffs' Motion to Request a Ruling on the Rebuttal Expert Disclosure Deadline, or in the Alternative, to Extend the Rebuttal Expert Disclosure Deadline [Doc. 384]; Plaintiffs' Motion to Compel Pulice Construction, Inc. and FNF Construction, Inc. to Provide Snell & Wilmer Invoices Without Redactions of Non-Privileged Information [Doc. 406]; Defendant FNF Construction, Inc.'s Motion to Compel No. 4 [Doc. 417]; Defendant FNF Construction, Inc.'s Motion to Compel No. 5 [Doc. 418]; Defendant FNF Construction, Inc.'s Motion to Compel No. 6 [Docs. 419, 421]; Defendant Jed Billings' Motion to Compel Plaintiffs to Fully Respond to his Third Set of Requests for Production [Doc. 420].

    **IT IS ORDERED** that an in-person hearing on the pending discovery motions [Docs. 384, 406, 417, 418, 419, 420] is hereby set for **February 20, 2014, at 1:30 p.m.** in the Gila Courtroom, on the fifth floor of the Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest, in Albuquerque, New Mexico.

    **IT IS SO ORDERED.**

    _____
    **STEPHAN M. VIDMAR**
    **United States Magistrate Judge**