IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FISHER SAND & GRAVEL, CO., et al.,**

    Plaintiffs,

v.     No. 10-cv-0635-RB/SMV

**FNF CONSTRUCTION, INC., et al.,**

    Defendants.

## ORDER GRANTING JOINT EXPEDITED MOTION TO EXTEND DEADLINES AND SIXTH AMENDED SCHEDULING ORDER

THIS MATTER is before the Court the parties' Joint Expedited Motion to Extend Deadline for Pretrial Motions and Deadline to Complete Certain Discovery [Doc. 445], filed January 17, 2014.  The Court, being fully advised in the premises, FINDS that the Motion is well-taken and should be granted

**IT IS THEREFORE ORDERED** that the Joint Expedited Motion to Extend Deadline for Pretrial Motions and Deadline to Complete Certain Discovery [Doc. 445] is **GRANTED**.  The Court's Fourth and Fifth Amended Scheduling Order [Docs. 327, 348] are **AMENDED** as follows:

- The deadline to completed depositions is EXTENDED from January 17, 2014, to February 14, 2014.
- The deadline for pretrial motions is EXTENDED from January 20, 2014, to February 14, 2014.

All deadlines not expressly amended herein remain unchanged.  **NO FURTHER EXTENSIONS WILL BE GRANTED.**  The trial shall commence as scheduled on June 16, 2014.

    IT IS SO ORDERED.

                                                                            **STEPHAN M. VIDMAR**
                                                                            **United States Magistrate Judge**