IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FISHER SAND & GRAVEL, CO., et al.,**

    Plaintiffs,

v.    No. 10-cv-0635-RB/SMV

**FNF CONSTRUCTION, INC., et al.,**

    Defendants.

### ORDER GRANTING DEFENDANT FNF CONSTRUCTION INC.'S UNOPPOSED MOTION TO FILE EXHIBIT UNDER SEAL

THIS MATTER is before the Court on Defendant FNF Construction, Inc.'s Unopposed Motion to File Under Seal Exhibit 6 To Defendant FNF Construction, Inc.'s Motion to Compel No. 7 [Doc. 446], filed January 17, 2014. The Court, being fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that Defendant FNF Construction, Inc.'s Unopposed Motion to File Under Seal Exhibit 6 To Defendant FNF Construction, Inc.'s Motion to Compel No. 7 [Doc. 446] is **GRANTED**. Defendant FNF Construction, Inc. is granted leave to file Exhibit 6 under seal. This order does not extend the deadline for responding to Defendant FNF Construction, Inc.'s Motion to Compel No. 7 [Doc. 432]. *See* D.N.M.LR-Civ. 7.4(a) (setting briefing deadlines).

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**