# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

FISHER SAND & GRAVEL, CO.
d/b/a/ SOUTHWEST ASPHALT PAVING and
FISHER SAND & GRAVEL – NEW MEXICO, INC.,

        Plaintiff,

v.                                  Case No. 1:10-cv-00635-RB-SMV

FNF CONSTRUCTION, INC., *et al.*,

        Defendants.

## ORDER DENYING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF COMMUNICATIONS BETWEEN FNF AND SNELL & WILMER AND COMMUNICATIONS BETWEEN PULICE AND SNELL & WILMER [DOC NO. 370]

      THIS MATTER came before the Court on Plaintiffs' Motion to Compel Production of Communications Between FNF and Snell & Wilmer and Communications between Pulice and Snell & Wilmer [Doc. No. 370], and the Court, having reviewed the briefs and papers submitted by the parties, heard oral argument, having been advised that Plaintiffs have withdrawn that portion of their Motion based on subject matter waiver, and being otherwise advised in the premises, hereby finds that Plaintiffs' Motion is untimely and that Plaintiffs have not established grounds to invoke the crime-fraud exception to the attorney-client privilege.

      It is therefore ORDERED that the Motion is DENIED.

                              _____

                              STEPHAN M. VIDMAR
                              United States Magistrate Judge

**Submitted By:**

PEIFER, HANSON & MULLINS, P.A.

By: */s/ Lauren Keefe*
 Charles R. Peifer
 Lauren Keefe
P.O. Box 25245
Albuquerque, New Mexico 87125-5245
505-247-4800

*Attorneys for Defendant FNF Construction, Inc.*

**Approved As To Form By:**

RODEY, DICKASON, SLOAN, AKIN
 & ROBB, P.A.

By: *Electronic approval on January 8, 2014*
 David W. Bunting
P.O. Box 1888
Albuquerque, NM 87103-1888
505-765-5900

*Attorneys for Defendant Pulice Construction, Inc.*
 *And Stephen Basila*

BLACKBURN LAW OFFICE

By: *Electronic approval on January 15, 2014*
 Paul M. Linnenburger
1011 Lomas Blvd. NW
Albuquerque, NM 87102-1952
505-242-1600

MODRALL SPERLING ROEHL HARRIS
& SISK, PA

By: *Electronic approval on January 15, 2014*
 Jeremey Harrison
P. O. Box 2168
Albuquerque, NM 87103-2168
505-848-1800

- and -

William J. Quinlan
Quinlan Law Firm
Two First National Plaza
20 S. Clark, Suite 2900
Chicago, IL 60603

*Attorneys for Plaintiffs*