IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FISHER SAND & GRAVEL, CO., et al.,

    Plaintiffs,

v.                                                                                      No. 10-cv-0635 RB/SMV

FNF CONSTRUCTION, INC., et al.,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:     February 4, 2014, at 2:30 p.m.

**Matter to be heard**:   Whether to conduct a second settlement conference

A telephonic status conference is hereby set for **February 4, 2014, at 2:30 p.m.**  Counsel shall call Judge Vidmar's Teleconference Line at **(215) 446-3656**, using code **4382538,** to connect to the proceedings.  Parties shall be prepared to discuss whether to conduct a second settlement conference in this case.  Parties are reminded to have their calendars available for the hearing.

    IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**