IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FISHER SAND & GRAVEL, CO., et al.,

    Plaintiffs,

v.                                                            No. 10-cv-0635-RB/SMV

FNF CONSTRUCTION, INC., et al.,

    Defendants.

## ORDER DENYING AS MOOT
## PLAINTIFFS' EXPEDITED MOTION FOR PROTECTIVE ORDER

THIS MATTER is before the Court on Plaintiffs' Expedited Motion for Protective Order [Doc. 464], filed on January 31, 2014.  Pursuant to the agreement of the parties, the Court will allow the depositions of Germaine Chappelle, Dallas Hammett, and Julio Alvarado to be taken beyond the deposition deadline of February 14, 2014.  Nevertheless, the <u>deadline to file pretrial motions remains February 14, 2014</u>.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiffs' Expedited Motion for Protective Order [Doc. 464] be **DENIED as moot**.

IT IS SO ORDERED.

                                                                                      **STEPHAN M. VIDMAR**
                                                                                      **United States Magistrate Judge**