IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FISHER SAND & GRAVEL, CO., et al.,

    Plaintiffs,

v.                                      No. 10-cv-0635 RB/SMV

FNF CONSTRUCTION, INC., et al.,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:  February 19, 2014, at 4:45 p.m.

**Matter to be heard**:  In-person hearing set for February 20, 2014, in light of The Travelers Indemnity Co.'s Motion to Intervene [Doc. 488]

A telephonic status conference is hereby set for **February 19, 2014, at 4:45 p.m.** Counsel shall call Judge Vidmar's Teleconference Line at **(215) 446-3656**, using code **4382538,** to connect to the proceedings. Parties shall be prepared to discuss the in-person hearing set for February 20, 2014, in light of The Travelers Indemnity Company's Motion to Intervene [Doc. 488].

    **IT IS SO ORDERED.**

_____

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**