IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FISHER SAND & GRAVEL, CO.
d/b/a/ SOUTHWEST ASPHALT PAVING and
FISHER SAND & GRAVEL – NEW MEXICO, INC.,

        Plaintiff,

v.                                       Case No. 1:10-cv-00635-RB-SMV

FNF CONSTRUCTION, INC., *et al.*,

        Defendants.

**ORDER DENYING FISHER'S OPPOSED MOTION TO REQUEST A RULING ON THE REBUTTAL EXPERT DISCLOSURE DEADLINE OR, IN THE ALTERNATIVE, TO EXTEND THE REBUTTAL EXPERT DISCLOSURE DEADLINE**

THIS MATTER came before the Court on Fisher's Opposed Motion to Request a Ruling on the Rebuttal Expert Disclosure Deadline, or in the Alternative, to Extend the Rebuttal Expert Disclosure Deadline [Doc. No. 384], and the Court, having reviewed the briefs and papers submitted by the parties, heard oral argument, and having been advised that Plaintiffs do not intend to disclose any additional rebuttal experts, hereby finds that Plaintiffs' Motion is moot.

It is therefore ORDERED that the Motion is DENIED as moot. This Order is without prejudice as to Defendants' right to seek other relief related to Plaintiffs' disclosure of rebuttal experts.

                                                          _____
                                                          STEPHAN M. VIDMAR
                                                          United States Magistrate Judge

**Submitted By:**

PEIFER, HANSON & MULLINS, P.A.

By: /s/ Lauren Keefe
        Charles R. Peifer
        Lauren Keefe
P.O. Box 25245
Albuquerque, New Mexico 87125-5245
505-247-4800

*Attorneys for Defendant FNF Construction, Inc.*

**Approved By:**

RODEY, DICKASON, SLOAN, AKIN
  & ROBB, P.A.

By: *Electronic approval on February 27, 2014*
        David W. Bunting
P.O. Box 1888
Albuquerque, NM 87103-1888
505-765-5900

*Attorneys for Defendants Pulice Construction, Inc. and Stephen Basila*

BILLY R. BLACKBURN, ESQ.

By:  *Electronic approval on February 27, 2014*
        Billy R. Blackburn
1011 Lomas Blvd. NW
Albuquerque, NM 87102-1952
505-242-1600

*Attorneys for Jed Billings*

MODRALL SPERLING ROEHL HARRIS
& SISK, PA

By: *Electronic approval on March 5, 2014*
        Timothy C. Holm
P. O. Box 2168
Albuquerque, NM 87103-2168
505-848-1800

- and -

William J. Quinlan
Quinlan Law Firm
Two First National Plaza
20 S. Clark, Suite 2900
Chicago, IL 60603

*Attorneys for Plaintiffs*