IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FISHER SAND & GRAVEL, CO.
d/b/a/ SOUTHWEST ASPHALT PAVING and
FISHER SAND & GRAVEL – NEW MEXICO, INC.,

        Plaintiff,

v.           Case No. 1:10-cv-00635-RB-SMV

FNF CONSTRUCTION, INC., *et al.*,

        Defendants.

**ORDER DENYING MOTION TO COMPEL DEFENDANTS PULICE
CONSTRUCTION, INC. AND FNF CONSTRUCTION, INC. TO PROVIDE
SNELL & WILMER INVOICES WITHOUT REDACTIONS
OF NON-PRIVILEGED INFORMATION**

THIS MATTER came before the Court on Plaintiff Fisher Sand & Gravel Co., Inc.'s Motion to Compel Defendants Pulice Construction, Inc. and FNF Construction, Inc. to Provide Snell & Wilmer Invoices Without Redactions of Non-privileged Information [Doc. No. 406], and the Court, having reviewed the briefs and papers submitted by the parties, heard oral argument, and having been advised that Plaintiffs have withdrawn that portion of the Motion seeking production of invoices from Defendant Pulice Construction, Inc., hereby finds the remaining portion of Plaintiffs' Motion, seeking production of the May 2009 invoice to Defendant FNF Construction, Inc. should be denied.

It is therefore ORDERED that the Motion is DENIED.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

**Submitted By:**

PEIFER, HANSON & MULLINS, P.A.

By: */s/ Lauren Keefe*
        Charles R. Peifer
        Lauren Keefe
P.O. Box 25245
Albuquerque, New Mexico 87125-5245
505-247-4800

*Attorneys for Defendant FNF Construction, Inc.*

**Approved By:**

RODEY, DICKASON, SLOAN, AKIN
 & ROBB, P.A.

By: *Electronic approval on February 27, 2014*
        David W. Bunting
P.O. Box 1888
Albuquerque, NM 87103-1888
505-765-5900

*Attorneys for Defendants Pulice Construction, Inc. and Stephen Basila*

BILLY R. BLACKBURN, ESQ.

By: *Electronic approval on February 27, 2014*
        Billy R. Blackburn
1011 Lomas Blvd. NW
Albuquerque, NM 87102-1952
505-242-1600

*Attorneys for Jed Billings*

MODRALL SPERLING ROEHL HARRIS
& SISK, PA

By: *Electronic approval on March 5, 2014*
        Timothy C. Holm
P. O. Box 2168
Albuquerque, NM 87103-2168
505-848-1800

- and -

William J. Quinlan
Quinlan Law Firm
Two First National Plaza
20 S. Clark, Suite 2900
Chicago, IL 60603

*Attorneys for Plaintiffs*