**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

FISHER SAND & GRAVEL, CO.
d/b/a/ SOUTHWEST ASPHALT PAVING and
FISHER SAND & GRAVEL – NEW MEXICO, INC.,

      Plaintiff,

v.                                                                       Case No. 1:10-cv-00635-RB-SMV

FNF CONSTRUCTION, INC., *et al.*,

      Defendants.

**ORDER GRANTING IN PART AND DENYING IN PART
FNF CONSTRUCTION, INC.'S MOTION TO COMPEL NO. 6 [Doc. No. 419]**

THIS MATTER came before the Court on Defendant FNF Construction, Inc.'s Motion to Compel No. 6: The Court Should Compel Plaintiff Fisher Sand & Gravel, Co. To Produce The Documents Identified in its Fourth Privilege Log [Doc. Nos. 419 and 421]. The Court, having reviewed the briefs and papers submitted by the parties, heard oral argument, and being otherwise advised in the premises, hereby finds that the Motion should be denied.  The Court will, however, conduct an in camera review of documents from Plaintiff's privilege log that FNF identifies, in writing, to Plaintiff.

It is therefore ordered that FNF's Motion to Compel No. 6 [Doc. Nos. 419 and 421] is GRANTED IN PART AND DENIED IN PART as indicated above.


_____
STEPHAN M. VIDMAR
United States Magistrate Judge

**Submitted By:**

MODRALL SPERLING ROEHL HARRIS
   & SISK, PA

By:    */s/ Jeremy K. Harrison*       
    Timothy C. Holm
    Jeremy K. Harrison
    P. O. Box 2168
    Albuquerque, NM 87103-2168
    505-848-1800

    - and -

    William J. Quinlan
    QUINLAN LAW FIRM
    Two First National Plaza
    20 S. Clark, Suite 2900
    Chicago, IL 60603
    *Attorneys for Plaintiffs*

**Approved By:**

PEIFER, HANSON & MULLINS, P.A.

By: *Approved via Electronic Mail*     
    Charles R. Peifer
    Lauren Keefe
    P.O. Box 25245
    Albuquerque, New Mexico 87125-5245
    505-247-4800
    *Attorneys for Defendant FNF Construction, Inc.*

RODEY, DICKASON, SLOAN, AKIN
 & ROBB, P.A.

By: *Approved via Electronic Mail*     
    David W. Bunting
    P.O. Box 1888
    Albuquerque, NM 87103-1888
    505-765-5900
    *Attorneys for Defendants Pulice Construction, Inc. and Stephen Basila*

BLACKBURN LAW OFFICES

By: *Approved via Electronic Mail*     
    Billy R. Blackburn
    1011 Lomas Blvd. NW
    Albuquerque, NM 87102-1952
    505-242-1600
    *Attorneys for Jed Billings*