IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FISHER SAND & GRAVEL, CO., et al.,

    Plaintiffs,

v.                                                                No. 10-cv-0635 RB/SMV

FNF CONSTRUCTION, INC., et al.,

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

    The parties reached a settlement in this matter at a conference held before the Court on June 16, 2014.

    **IT IS THEREFORE ORDERED** that closing documents be filed no later than **July 25, 2014**, absent a request for an extension and a showing of good cause.

    **IT IS SO ORDERED.**

                                                      _____

                                                      **STEPHAN M. VIDMAR**
                                                      **United States Magistrate Judge**