IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FISHER SAND & GRAVEL, CO., et al.,

    Plaintiffs,

v.                                          No. 10-cv-0635 RB/SMV

FNF CONSTRUCTION, INC., et al.,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    July 10, 2014, at 10:00 a.m.

**Matter to be heard**:  Status of case

A telephonic status conference is hereby set for **July 10, 2014, at 10:00 a.m.** Counsel shall call Judge Vidmar's Teleconference Line at **(215) 446-3656**, using code **4382538,** to connect to the proceedings.

**IT IS SO ORDERED.**

 

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**